### ZIMMERMAN *v.* ZIMMERMAN.

*(Supreme Court, Special Term, New York County.* February, 1891.)

DIVORCE—NON-PAYMENT OF ALIMONY—SERVICE OF ORDER TO SHOW CAUSE.
Since Code Civil Proc. N. Y. § 1773, which provides for an order requiring the husband to show cause why he should not be punished for his failure to pay alimony, does not direct how the order shall be served, the service may be made on the husband's attorney where it does not appear that final judgment has been entered.

At chambers. Fannie Zimmerman obtained a divorce from her husband, Samuel Zimmerman. On her husband's failure to pay alimony and counsel fees she obtained an order to show cause why he should not be punished therefor.

*Abraham Sarasohn*, for plaintiff. *Marice H. Gotlieb*, for defendant.

INGRAHAM, J. Section 1773 provides for an order requiring the husband to show cause why he should not be punished for his failure to make the payment of alimony. There is no provision how that order shall be served, and I think the rule as laid down in *Pitt* v. *Davison*, 37 N. Y. 235, allows the order to be served upon the attorney for the party where it does not appear that final judgment has been entered. I think the service of the order complied with the provisions of the Code. Motion denied, with $10 costs.